# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.:** 25-cv-02618

GSS PROPERTIES, LLC, a North Carolina Limited Liability Company, GARRY SNOOK, SHARON SNOOK, and SOURWOOD, LLC, a Colorado Limited Liability Company

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITKIN, and PATTI CLAPPER, FRANCIE JACOBER, KELLY MCNICHOLAS KURY, JEFFREY WOODRUFF, AND GREG POSCHMAN, in their official capacities only

    Defendants.

## NOTICE OF DISMISSAL

Plaintiffs, GSS Properties, LLC, Gary Snook, Sharon Snook, and Sourwood, LLC (collectively, the "Plaintiffs"), hereby dismiss this action with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i). Defendants have not yet filed an answer or other response in this proceeding and therefore no party will be prejudiced by the foregoing voluntary dismissal.

DATED November 14, 2025.

    Respectfully submitted,

    GARFIELD AND HECHT, P.C.

    By: _David L. Lenyo_
    David L. Lenyo, # 14178
    Macklin Henderson, # 54212
    GARFIELD & HECHT, P.C.
    625 East Hyman Avenue, Suite 201
    Aspen, Colorado 81611
    E-mail: dlenyo@garfieldhecht.com
    E-mail: mhenderson@garfieldhecht.com
    *Attorneys for Plaintiff*

3323190.1